Celso SANCHEZ and Maria
Sanchez, Plaintiffs,

v.

G.F. VAUGHAN TOBACCO COMPANY,
INC., Hijinio Moreno, individually and
d/b/a V & H Tobacco Contracting and
d/b/a V & H Moreno Tobacco Co., Vero-
nica Moreno, individually and d/b/a V &
H Tobacco Contracting and d/b/a V & H
Moreno Tobacco Co., and Aniceto More-
no, Defendants.

No. CIV.A.M–03–016.

United States District Court,
S.D. Texas,
McAllen Division.

April 8, 2003.

Rodolfo David Sanchez, Texas Rural Legal
Aid, Weslaco, TX, Douglas L. Stevick, South-
ern Migrant Legal Services, Nashville, TN,
Joaquin Amaya, Jr., Center for Legal & So-
cial Justice, San Antonio, TX, for Celso San-
chez, Maria Sanchez, plaintiffs.

John Roger Griffith, Griffith Saenz and
Hill, McAllen, TX, Moses H. Salas, Jr., Grif-
fith Saenz et al., Brownsville, TX, for G.F.
Vaughan Tobacco Company, Inc., Hijinio
Moreno, Individually and d/b/a V & H Tobac-
co Contracting and d/b/a V & H Moreno
Tobacco Co., Veronica Moreno, Individually
and d/b/a V & H Tobacco Contracting and
d/b/a V & H Moreno Tobacco Co., Aniceto
Moreno, defendants.

## ORDER ON MOTION FOR SUBSTITUT-ED SERVICE OF PROCESS ON THE U.S. SECRETARY OF LABOR WITH RESPECT TO DEFENDANT ANICE-TO MORENO

CRANE, District Judge.

The Plaintiffs have moved the Court for an
order permitting them to serve the summons
and complaint in this action directed to De-
fendant Aniceto Moreno upon Elaine L.
Chao, Secretary of the U.S. Department of
Labor, the designated agent for service for
Defendant Aniceto Moreno. Substituted ser-
vice upon the Secretary of Labor is permit-
ted in actions under the Migrant and Season-
al Agricultural Worker Protection Act
("AWPA"), which requires that registered
farm labor contractors designate the Secre-
tary as their agent for service of process "if
the applicant has left the jurisdiction in
which the action is commenced or otherwise
has become unavailable to accept service."
29 U.S.C. § 1812(5). Provision for substitut-
ed service upon the Secretary was first in-
cluded in the Farm Labor Contractor Regis-
tration Act, 7 U.S.C.2044(a)(5) (repealed
1983), the predecessor statute to the AWPA,
to address the itinerant and transient nature
of the farm labor contracting business, *see*
S.Rep. No. 1295, 93d Cong., 1st Sess. 6442–
43, 6448, 6450 (1974), U.S.Code Cong. & Ad-
min.News 1974, p. 6441.

Based upon the record before it, the Court
finds that:

1.  Aniceto Moreno is a currently regis-
    tered farm labor contractor with a reg-

istration address in El Dorado, Arkansas.

2. The Aniceto Moreno who is a currently registered farm labor contractor with a registration address in El Dorado, Arkansas, is a defendant in this case.

3. The Plaintiffs have unsuccessfully attempted to serve Defendant Aniceto Moreno with process via the waiver-of-service provisions of Fed.R.Civ.P. 4(d) and the personal service provisions of Fed.R.Civ.P. 4(e).

4. Defendant Aniceto Moreno is unavailable to accept service.

All the requirements of the substituted service provision of 29 U.S.C. § 1812(5) having been met, it is hereby ORDERED that the Plaintiffs' motion be GRANTED. Elaine L. Chao, Secretary of the U.S. Department of Labor, is hereby DESIGNATED as the agent to accept service of process upon Defendant Aniceto Moreno, and the Plaintiffs are hereby AUTHORIZED to serve the summons and complaint directed to Defendant Aniceto Moreno upon the Secretary, in accordance with 29 U.S.C. § 1812(5) and 29 C.F.R. § 500.216.